IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE EDWIN STOKES, JR., <br>     Plaintiff, <br><br> v. <br><br> ERIC CAMPBELL, <br> ASHLEIGH KILNER, <br> JUAN BARRIOS, <br> SCOTT ACHEY, <br> THOMAS DIMAGGIO, <br> DERRICK CARGILL, <br> STEVEN POTYNSKI, <br><br>     Defendants. | Civil No. 5:22-cv-02681-JMG |

**ORDER**

**AND NOW**, this 29th day of August, 2023, upon consideration of Defendants Trooper Erik Campbell (captioned "Eric Campbell"), Corporal Ashleigh Kilner, Corporal Juan Barrios, Corporal Thomas DiMaggio, Corporal Derrick Cargill, and Trooper Steven Potynski (collectively, "Commonwealth Defendants") Motion to Dismiss (ECF No. 11), *Pro Se* Plaintiff George Edwin Stokes, Jr's Motion to Appoint Counsel (ECF No. 12), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that The Commonwealth Defendants' Motion to Dismiss (ECF No. 11) is **GRANTED**. Accordingly, Plaintiff's official capacity claims against Defendants Trooper Erik Campbell (captioned "Eric Campbell"), Corporal Ashleigh Kilner, Corporal Juan Barrios, Corporal Thomas DiMaggio, Corporal Derrick Cargill, and Trooper Steven Potynski under Section 1983 are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel (ECF No. 12) is

**DENIED**.  While the Court declines to request an attorney to represent Plaintiff in this matter, Plaintiff may consider contacting local civil rights attorneys and legal organizations. Plaintiffs may also consider seeking assistance from the following legal resources:

- American Bar Association: www.findlegalhelp.org

- Pennsylvania Bar Association: www.pabar.org; Lawyer Referral Service: (800) 692-7375 or (717) 238-6807

- Philadelphia Bar Association: www.philabar.org; Lawyer Referral Service: (215) 238-6333

- Lehigh County Bar Association: www.lehighbar.org; Telephone: (610) 433-6204

- North Penn Legal Services: www.nplspa.org; Office Telephone: (610) 317-8757 (for the Bethlehem Office press 2)


BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge